No. 1656. POLSKY v. WETHERILL ET AL. C. A. 10th Cir. Certiorari granted, judgment vacated, and case remanded pursuant to recommendation of the Solicitor General in the Memorandum for the United States.

No. 6578. COLTON v. UNITED STATES. C. A. 10th Cir. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for reconsideration in light of this Court's decisions in *United States* v. *United States Coin & Currency,* 401 U. S. 715 (1970), and *Leary* v. *United States,* 395 U. S. 6 (1969).

No. 958. FEDERAL POWER COMMISSION v. FLORIDA POWER & LIGHT Co. C. A. 5th Cir. [Certiorari granted, 401 U. S. 907.] Motion of American Public Power Assn. for leave to file a brief as *amicus curiae* granted. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this motion.

No. 1184. NATIONAL LABOR RELATIONS BOARD v. PLASTERERS' LOCAL UNION No. 79, OPERATIVE PLASTERERS' & CEMENT MASONS' INTERNATIONAL ASSN., AFL–CIO, ET AL.; and

No. 1231. TEXAS STATE TILE & TERRAZZO Co., INC., ET AL. v. PLASTERERS' LOCAL UNION No. 79, OPERATIVE PLASTERERS' & CEMENT MASONS' INTERNATIONAL ASSN., AFL–CIO, ET AL. C. A. D. C. Cir. [Certiorari granted, 401 U. S. 973.] Motions of Associated General Contractors of America et al., Scientific Apparatus Makers Assn., and Laborers' International Union of North America, AFL–CIO, for leave to file briefs as *amici curiae,* granted.